JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSHUA A. PEERMAN,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 17-00047-PA (JDE)<br><br>JUDGMENT |

　　　　Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

　　　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: August 29, 2017

_____
PERCY ANDERSON
United States District Judge